IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>      )<br>*ex rel.* CATHERINE A. SCHAEFER, )<br>M.D., )<br>      Plaintiff-Relator, )<br>      )<br>      v. )<br>      )<br>FAMILY MEDICINE CENTERS OF )<br>SOUTH CAROLINA, LLC, STEPHEN )<br>F. SERBIN, M.D., and VICTORIA )<br>SERBIN, )<br>      )<br>      Defendants. ) | Civ. No. 3:14-cv-382-MBS |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff United States, the Relator Catherine A. Schaefer, M.D. ("Relator"), and Defendants Family Medicine Centers of South Carolina, LLC, Stephen F. Serbin, M.D. and Victoria Serbin, hereby notify the Court of the voluntary dismissal of all claims in this action as set forth below.

In accordance with, and subject to the terms of, settlement agreements reached with the Defendants ("the Settlement Agreements" attached hereto) executed on September 11, 2017, between the United States, Relator, and Defendants, including but not limited to Paragraph 24 of those Settlement Agreements, the United States is dismissing with prejudice, as to the Covered Conduct, and otherwise without prejudice. Relator consents to the dismissal, with prejudice to Relator, of all claims. Defendants consent to the dismissal as set out herein.

A proposed Order reflecting the relief requested is attached.

                     Respectfully submitted,

CHAD A. READLER
ACTING ASSISTANT ATTORNEY GENERAL

BETH DRAKE
United States Attorney

By:  s/Elizabeth C. Warren
ELIZABETH C. WARREN (#11360)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone (803) 929-3037

MICHAEL D. GRANSTON
TRACY L. HILMER
JAKE M. SHIELDS
U.S. Department of Justice
Civil Division, Fraud Section
P.O. Box 261,
Ben Franklin Station
Washington, DC 20044
Telephone (202) 514-9401

*Attorneys for Plaintiff*
*United States of America*


s/Christopher P. Kenney
Richard A. Harpootlian (#1730)
Christopher P. Kenney (#11314)
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street
Post Office Box 1090
Columbia, SC 29202
Telephone: (803) 252-4848
rah@harpootlianlaw.com
cpk@harpootlianlaw.com

s/ Herbert W. Louthian Jr.
Herbert W. Louthian Jr. (#2729)
LOUTHIAN LAW FIRM, P.A.
P.O. Box 1299
Columbia, SC 29202
Telephone: (803) 454-1200
bert@louthianlaw.com

2

*Attorneys for Plaintiff*
*Catherine A. Schaefer, M.D.*

s/ Mark C. Moore
Mark C. Moore (#4956)
Christopher R. Hampton (#12345)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Box 2426
Columbia, SC 29202
PHONE: 803.771.8900
MMoore@nexsenpruet.com

*Attorneys for Defendant*
*Family Medicine Centers of South Carolina, LLC*

s/ Deborah B. Barbier
Deborah B. Barbier (#6639)
Deborah B. Barbier Attorney at Law
1811 Pickens Street
Columbia, SC 29201
PHONE: 803.445.1032
ddb@deborahbarbier.com

*Attorney for Defendants*
*Stephen F. Serbin, M.D. and Victoria Serbin*

September 13, 2017
Columbia, South Carolina